MARY DUKE, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

WILLIAM H. OLDS and Another, Respondents, v. CITY OF JAMESTOWN and Another, Appellants, MILDRED E. RIBBING and Another, Defendants.— Motion for a reargument denied; motion for leave to appeal to the Court of Appeals granted and questions for review certified. [See 255 App. Div. 926.] Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

In the Matter of the Application of EDWARD P. CASSETY and Others, Appellants, for the Allowance of a Certiorari Order Directed to JOHN DOBSON and Others, Constituting the Board of Appeals of the Town of Tonawanda, Erie County, New York, and to DENNIS THOMANN, Owner, Residing at No. 291 Northwood Drive, Town of Tonawanda, New York, Respondents.— Motion for a reargument denied, with ten dollars costs. Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.

THERESA SMITH, as Administratrix, etc., of MICHAEL NELEPOVITZ, Also Known as MICHAEL SMITH, Deceased, Appellant, v. ONONDAGA POTTERY COMPANY, Respondent.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.

MARY D. HAGER, Respondent, v. RAY W. BUSHMAN, Appellant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.

ALWIN PAULI, as Administrator, etc., of ESTHER M. PAULI, Deceased, and Others, Respondents, v. ST. PAUL MERCURY INDEMNITY COMPANY (ST. PAUL, MINNESOTA), Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.

MARY WENDRING, as Administratrix, etc., of FRANK WENDRING, Deceased, Appellant, v. LOUIS & L. J. WHITE COMPANY and SIMONDS WARDEN WHITE COMPANY, Respondents.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

ANNA C. PETERSON, Respondent, v. LEONARD OLSON, Appellant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Application of GLENN MARTIN, Appellant, for a Mandamus Order against Hon. THEODORE M. COBURN, as District Attorney, of the County of Cayuga, New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Lewis and Taylor, JJ.

In the Matter of the Petition of CHARLES B. BRASSER, District Attorney.— Order of reference entered. Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.